UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

BRIAN FOX,                                      Civil No. 09-3040 (JRT/RLE)

                      Plaintiff,

v.

                                                  **ORDER**

AIR METHODS CORPORATION,

                      Defendants.

_____

    LeAnne Miller, **RAJKOWSKI HANSMEIER, LTD,** Post Office Box 1433, St. Cloud, MN 56302, for plaintiff.

    Katie Connolly and Joseph Schmitt, **HALLELAND LEWIS NILAN & JOHNSON PA**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402; William Wright, **SHERMAN & HOWARD L.L.C**, 633 17th Street, Suite 3000, Denver, CO 80202, for defendant.

    This matter is before the Court upon the stipulation of dismissal filed by the parties on March 2, 2010 [Docket No. 11].

    **IT IS HEREBY ORDERED** that this matter be dismissed, with prejudice, and pursuant to Fed. R. Civ. P. 41(a)(1), each party is to bear his or its own costs and attorney's fees.

DATED: March 3, 2010  
at Minneapolis, Minnesota.                                       s/ John R. Tunheim  
                                                                       JOHN R. TUNHEIM  
                                                                 United States District Judge